IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARIN BROWNING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER of SOCIAL SECURITY, )<br>)<br>Defendant. ) | Civil No.   15-cv-1222-JPG-CJP |

**JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Acting Commissioner of Social Security, and against plaintiff Darin Browning.

**DATED:   January 31, 2017**

                                                          **JUSTINE FLANAGAN,**
                                                          **Acting Clerk of Court**

                                                          **BY: s/Tina Gray**
                                                               **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**